**DISMISS and Opinion Filed December 4, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00639-CV

## ROMINDA DEBARROS, Appellant
## V.
## CARSON CITY PARKWAY, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-23-02635-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On November 1, 2023, we sent a letter to the parties questioning our jurisdiction because the judgment did not appear to be definite regarding the award of appellate attorney's fees. We directed appellant to file a letter brief addressing our jurisdiction no later than November 13, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

230639F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROMINDA DEBARROS, Appellant

No. 05-23-00639-CV       V.

CARSON CITY PARKWAY,
Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-23-02635-
A.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

     In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered December 4, 2023